UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                              Case No. 3:18-cr-58

vs.

LEONITA NORTH,                         District Judge Michael J. Newman

    Defendant.

**ORDER DENYING DEFENDANT'S SECOND MOTION FOR EXPUNGEMENT (Doc. No. 34)**

For the reasons set forth in the Court's previous Order (Doc. No. 33) denying Defendant's first motion for expungement of her conviction, the Court **DENIES** Defendant's second motion for expungement (Doc. No. 34).

**IT IS SO ORDERED.**

October 3, 2022                                                            s/Michael J. Newman
                                                                         Hon. Michael J. Newman
                                                                         United States District Judge